UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21581-RKA

ToLife Technologies Pty Ltd et al,

    Plaintiff,

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations,

    Defendants.     /

## UNOPPOSED MOTION FOR TELEPHONIC HEARING

Defendants HANCI Co.Ltd (Def. No.101), JIONGJING Co.Ltd (Def. No.107), JUNJIE Co.Ltd (Def. No.109), LUOKU Co.Ltd (Def. No.121), MEITAO Co.Ltd (Def. No.124), QIANSHAN Co.Ltd (Def. No.130), QIANXUN Co.Ltd (Def. No.131), SHUJIN Co.Ltd (Def. No.139), WEIRUN Co.Ltd (Def. No.143), YUANEN Co.Ltd (Def. No.149), YUANYI Co.Ltd (Def. No.150), YUNJIN Co.Ltd (Def. No.151) (collectively "Defendants"), by and through counsel, file this Unopposed Motion for Telephonic Hearing and states as follows:

1. The Court previously scheduled a hearing in this matter for today, June 10, 2025, at 2:00 p.m. [DE 20].

2. Undersigned counsel has an unavoidable scheduling conflict and is unable to attend the hearing in person in Miami.

3. Therefore, Plaintiff respectfully requests that the scheduled hearing be conducted telephonically or via Zoom.

4. This request is made in good faith, not for the purpose of delay, and granting this motion will not prejudice any party.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant the Motion for Telephonic Hearing and provide a dial-in number or a Zoom link for the hearing.

### RULE 7.1 CERTIFICATION

Pursuant to S.D. Fla. L. R. 7.1(a), counsel for Defendants certifies that counsel for Defendants have conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this Motion. Counsel for Plaintiff does not oppose the motion.

Date: 6/10/2025,

Respectfully submitted,
/s/ Andrew J. Palmer
Andrew J. Palmer
Palmer Law Group P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33308
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Defendants***